# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5418**  **September Term, 2006**

06cv02061

Filed On: April 3, 2007 [1032524]

John T. Pickering-George, John R. Daley, Jr.,
    Appellant

v.

U.S. Attorney General, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  APR - 3 2007

CLERK

### ORDER

Upon consideration of the motion for leave to proceed on appeal in forma pauperis received from appellant on March 26, 2007, it is

**ORDERED**, on the court's own motion, that the appellant's motion for leave to proceed on appeal in forma pauperis be referred to the United States District Court for the District of Columbia for consideration in the first instance. It is,

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the **original of appellant's motion**, to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                              BY:
                                              Ken Meadows
                                              Deputy Clerk